UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SUZETTE JANOFF and JENISE RUSBY, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

AMERICAN AIRLINES, INC.

Defendant.

---

18 CV 2653 (RRM)(ST)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys and/or representatives of the parties to the above-captioned action that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims asserted therein are hereby dismissed with prejudice, without fees or costs of the parties as against the other(s). This Stipulation may be executed in counterparts and/or by electronic transmission and may be filed with the court without further notice.

VIRGINIA & AMBINDER, LLP

*[signature]*

Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel.: (212) 943-9080
*Attorneys for Plaintiffs*
Dated: April 10, 2019

O'MELVENY & MYERS LLP

*[signature]*

Daniel J. Franklin, Esq.
7 Times Square
New York, New York 10036
Tel.: (212) 326-4310
*Attorneys for Defendant*
Dated: April 10, 2019

So Ordered

s/Roslynn R. Mauskopf

---

Hon. Roslynn R. Mauskopf, U.S.D.J.

4/11/19